UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                          :
WASHINGTON MORAN, ON BEHALF                               :
OF HIMSELF AND ALL OTHER                                  :
PERSONS SIMILARLY SITUATED,                               :
                                                          :    No.: 1:25-cv-8034
            Plaintiffs,                                   :
                                                          :    **NOTICE OF VOLUNTARY**
       v.                                                 :    **DISMISSAL**
                                                          :
                                                          :
BASEUS TECHNOLOGY (US) INC.,                              :
                                                          :
            Defendant.                                    :
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

    Plaintiff(s), WASHINGTON MORAN, in accordance with Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure, hereby dismisses the above-entitled action without prejudice

and without fees and costs against Defendant, BASEUS TECHNOLOGY (US) INC.


Dated:    New York, New York
          January 7, 2025


**GOTTLIEB & ASSOCIATES PLLC**

/s/ Michael A. LaBollita
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*


SO ORDERED:


_____
United States District Court Judge